**Order entered October 28, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00516-CV

### ANDREW CHOI, SN DALLAS-AMERICAN CORPORATION, NEHA GUPTA, AND AVINASH GUPTA, Appellants

**V.**

### BRIXMOR HOLDINGS 12 SPE, LLC, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-18475**

### ORDER

Before the Court is the October 27, 2020 third motion of appellants SN Dallas-American Corporation, Neha Gupta, and Avinash Gupta for an extension of time to file their brief on the merits. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellants on October 27, 2020 filed as of the date of this order.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE